**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Jing Chen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com
jchen@rosenlegal.com

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ETIENNE BALON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AGRIA CORPORATION, GUANGLIN LAI, XIE TAO, JOHN FULTON, and WAH KWONG TSANG,<br><br>　　　　　　　　　Defendants. | No.: 2:16-cv-08376-SDW-LDW<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br>Motion Day: August 7, 2017<br><br>Hon. Susan D. Wigenton |

**PLEASE TAKE NOTICE** that on August 7, 2017, Lead Plaintiffs Etienne Balon and Xiao Ming Zhou ("Plaintiffs") will move this Court, the Honorable Susan D. Wigenton, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom 5C, for entry of an Order: (i) preliminarily approving the settlement between Plaintiffs and Defendant Agria Corporation ("Agria"); (ii) conditionally certifying the Settlement Class; (iii) approving the notice to the Class of the Proposed Settlement; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters as the Court may consider at the hearing on this motion.

Defendant Agria does not oppose this motion.

Dated: June 30, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen
Laurence Rosen, Esq.
Jing Chen, Esq.
609 W. South Orange Avenue
Suite 2P
South Orange, NJ  07079
Tel:  (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

jchen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June, 2017 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                  */s/ Laurence Rosen*
                                                  Laurence Rosen