**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Jing Chen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com
jchen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ETIENNE BALON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | No.: 2:16-cv-08376-SDW-LDW |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | **LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |
| AGRIA CORPORATION, GUANGLIN LAI, XIE TAO, JOHN FULTON, and WAH KWONG TSANG, | |
| Defendants. | Hon. Susan D. Wigenton |

**PLEASE TAKE NOTICE** that pursuant to the Court's Text Order dated October 27, 2017 (Dkt. # 31), on December 12, 2017, at 11:00 a.m. at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5C, Newark, NJ, 07101, before the Honorable Susan D. Wigenton, United States District Judge, Lead Plaintiffs Etienne Balon and Xiao Ming Zhou, through their undersigned Counsel, will move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Lead Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence Rosen in Support of Final Approval of Settlement and Award of Attorneys' Fees and Expenses, and the exhibits thereto; the Stipulation of Settlement filed June 30, 2017 and the exhibits thereto (Dkt. #25-1); and all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

Dated: November 7, 2017                  Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence Rosen
                                         Laurence Rosen, Esq.
                                         Jing Chen, Esq.
                                         609 W. South Orange Avenue
                                         Suite 2P
                                         South Orange, NJ  07079
                                         Tel:  (973) 313-1887
                                         Fax: (973) 833-0399
                                         lrosen@rosenlegal.com

jchen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2017 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence Rosen
Laurence Rosen