**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen
Jing Chen
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com
jchen@rosenlegal.com

*Counsel for Lead Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ETIENNE BALON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br><br>vs.<br><br>AGRIA CORPORATION, GUANGLIN LAI, XIE TAO, JOHN FULTON, and WAH KWONG TSANG,<br><br>                    Defendants. | No.: 2:16-cv-08376-SDW-LDW<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS**<br><br>Hon. Susan D. Wigenton |

**PLEASE TAKE NOTICE** that pursuant to the Court's Text Order entered on October 27, 2017 (Dkt. # 31), on December 12, 2017, at 11:00 a.m., or as soon thereafter as counsel may be heard, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5C, Newark, NJ, 07101, before the Honorable Susan D. Wigenton, United States District Judge, Lead Plaintiffs Etienne Balon and Xiao Ming Zhou, through their undersigned Counsel, will move for an order: (i) awarding attorneys' fees; (ii) awarding reimbursement of litigation expenses, and (iii) approving a compensatory award to Lead Plaintiffs.

The motion is based on the Memorandum of Law in Support; the Declaration of Laurence Rosen in Support of Final Approval of Settlement and Award of Attorneys' Fees and Expenses, and the exhibits thereto; the Stipulation of Settlement filed June 30, 2017 and the exhibits thereto (Dkt. #25-1); and all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

Dated: November 7, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen
Laurence Rosen, Esq.
Jing Chen, Esq.
609 W. South Orange Avenue
Suite 2P
South Orange, NJ  07079
Tel:  (973) 313-1887

        Fax: (973) 833-0399
        lrosen@rosenlegal.com
        jchen@rosenlegal.com

*Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of November, 2017 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                          */s/ Laurence Rosen*
                                          Laurence Rosen